B 10 (Supplement 1) (12/11)

# UNITED STATES BANKRUPTCY COURT

__EASTERN__ District of __VIRGINIA__

In re __STEVEN G BRYAN & JENNIFER WALKER__,
Debtor

Case No. __10-75458__

Chapter 13

## Notice of Mortgage Payment Change

If you file a claim secured by a security interest in the debtor's principal residence provided for under the debtor's plan pursuant to § 1322(b)(5), you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: __PNC MORTGAGE, AS SERVICER__      Court claim no. (if known): __4__

Last four digits of any number you use to identify the debtor's account: __9 8 1 1__

Date of payment change: __02/01/12__
Must be at least 21 days after date of this notice

New total payment: $ __2413.10__
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

Will there be a change in the debtor's escrow account payment?

☐ No
☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: ____

Current escrow payment: $ __467.88__      New escrow payment: $ __450.41__

### Part 2: Mortgage Payment Adjustment

Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: ____

Current interest rate: ____ %      New interest rate: ____ %

Current principal and interest payment: $ ____      New principal and interest payment: $ ____

### Part 3: Other Payment Change

Will there be a change in the debtor's mortgage payment for a reason not listed above?

☑ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: ____

Current mortgage payment: $ ____      New mortgage payment: $ ____

B 10 (Supplement 1) (12/11)                                                                                          Page 2

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.      ☑ I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ *Heather Carson*                                Date  01 / 18 / 2012
Signature

**Print:** HEATHER CARSON                         **Title** Bankruptcy Specialist
First Name    Middle Name    Last Name

**Company** PNC Mortgage, a division of PNC Bank, NA

**Address** 3232 Newmark Drive
Number    Street

Miamisburg                          OH          45342
City                                State       ZIP Code

**Contact phone** (866) 754 - 0659          **Email**



**PNC MORTGAGE**

P.O. Box 1820
Dayton, Ohio 45401-1820
Website: www.pnc.com/mortgage
Customer Service 1-800-822-5626

**ESCROW ACCOUNT DISCLOSURE STATEMENT**

LOAN NUMBER: 9811
DATE: December 5, 2011

**CURRENT MONTHLY MORTGAGE PAYMENT**
| | |
|---|---|
| Principal & Interest | 1,962.69 |
| Escrow | 467.88 |
| Total Payment | 2,430.57 |

**NEW PAYMENT INFORMATION**
| | |
|---|---|
| Principal & Interest | 1,962.69 |
| Escrow | 450.41 |
| Total Payment | 2,413.10 |
| New Payment Effective | 02/01/12 |

00-000

STEVEN G BRYAN
JENNIFER WALKER
825 STARDALE DR
CHESAPEAKE VA 23322-6312

## COMING YEAR ESCROW PROJECTION

This statement provides a detailed summary of activity related to your escrow account. PNC Mortgage maintains your escrow account to pay such items as property taxes, insurance premiums, and mortgage insurance.

This section lists a 12-month running escrow balance to determine the appropriate target balance and to determine if a shortage or surplus exists. This is a projection of the anticipated activity in your escrow account for the coming 12 months.

| ANTICIPATED ESCROW DISBURSEMENT | |
|---|---|
| MORTGAGE INS | $1,557.96 |
| CITY TAX | $2,959.96 |
| HAZARD INS | $887.00 |
| | |
| TOTAL DISBURSEMENTS | $5,404.92 |
| DIVIDED BY 12 MONTHS | |
| MONTHLY ESCROW DEPOSIT | $450.41 |

| MONTH | PAYMENTS TO ESCROW | DESCRIPTION | PAYMENTS FROM ESCROW | CUR BAL PROJECTION | REQ BAL PROJECTION |
|---|---|---|---|---|---|
| | | BEGINNING BALANCE | | 1,620.60 | 1,426.24 |
| February | 450.41 | FHA/RBP | 129.83 | 1,941.18 | 1,746.82 |
| March | 450.41 | FHA/RBP | 129.83 | 2,261.76 | 2,067.40 |
| March | | CITY TAX | 750.49 | 1,511.27 | 1,316.91 |
| April | 450.41 | FHA/RBP | 129.83 | 1,831.85 | 1,637.49 |
| May | 450.41 | FHA/RBP | 129.83 | 2,152.43 | 1,958.07 |
| May | | CITY TAX | 750.49 | 1,401.94 | 1,207.58 |
| June | 450.41 | FHA/RBP | 129.83 | 1,722.52 | 1,528.16 |
| June | | HAZARD INS | 887.00 | 835.52 * | 641.16 ** |
| July | 450.41 | FHA/RBP | 129.83 | 1,156.10 | 961.74 |
| August | 450.41 | FHA/RBP | 129.83 | 1,476.68 | 1,282.32 |
| September | 450.41 | FHA/RBP | 129.83 | 1,797.26 | 1,602.90 |
| September | | CITY TAX | 729.49 | 1,067.77 | 873.41 |
| October | 450.41 | FHA/RBP | 129.83 | 1,388.35 | 1,193.99 |
| November | 450.41 | FHA/RBP | 129.83 | 1,708.93 | 1,514.57 |
| December | 450.41 | FHA/RBP | 129.83 | 2,029.51 | 1,835.15 |
| December | | CITY TAX | 729.49 | 1,300.02 | 1,105.66 |
| January | 450.41 | FHA/RBP | 129.83 | 1,620.60 | 1,426.24 |

\* The projected escrow balance at the low point.
\*\* The lowest balance the escrow account should attain during the projected period.

| CALCULATION OF ESCROW ADJUSTMENT | |
|---|---|
| BEGINNING PROJECTED BALANCE | $1,620.60 |
| BEGINNING REQUIRED BALANCE | $1,426.24 |
| ESCROW SURPLUS | $194.36 |

The required minimum balance allowed by federal law (RESPA) is two times your monthly escrow payment (excluding MIP/PMI), unless your mortgage document or state law specifies a lower amount.

**MORE INFORMATION ON REVERSE SIDE**

## IMPORTANT MESSAGES

INTERNET REPRINT



**PNC MORTGAGE**

CHECK DATA PRINTS ON LIVE DOCUMENT

# ESCROW ACCOUNT DISCLOSURE STATEMENT

LOAN NUMBER      9811                                                                                                           DATE:   December 5, 2011

Your projected escrow balance as of 01/31/12 is $1,620.60. Your required escrow balance, according to this analysis, should be $1,426.24. This means you have a surplus balance of $194.36. If a refund check was issued at the time of the analysis, the check is attached to the bottom of this form.

Once during this analysis period, your required escrow balance should be reduced to a target balance of $641.16, as it does in June. Under Federal law, your target balance should not exceed an amount equal to two months of escrow payments for taxes and insurance, unless your mortgage document or state law specifies a lower amount.

## Projected Activity from the Previous Analysis

This is a projection of the activity for your escrow account from the Previous Analysis. This projection was based on the disbursements anticipated to be made from your escrow account. Compare this projection to the actual escrow activity in the Account History (summarized below).

The escrow payment in this projection may not equal the escrow payment in the Account History if an adjustment was made to collect a shortage or refund a surplus.

Adjustments to the payment and differences between the anticipated and actual disbursements may prevent the actual balance from reaching the projected low escrow balance.

| Date  | Description       | Payments | Disbursements | Balance   |
|-------|-------------------|----------|---------------|-----------|
|       | BEGINNING BALANCE |          |               | 851.58    |
| 12/10 | FHA/RBP           | 467.88   | 131.80        | 1,187.66  |
| 01/11 | FHA/RBP           | 467.88   | 131.80        | 1,523.74  |
| 02/11 | FHA/RBP           | 467.88   | 131.80        | 1,859.82  |
| 03/11 | FHA/RBP           | 467.88   | 131.80        | 2,195.90  |
| 03/11 | CITY TAX          |          | 802.99        | 1,392.91  |
| 04/11 | FHA/RBP           | 467.88   | 131.80        | 1,728.99  |
| 05/11 | FHA/RBP           | 467.88   | 131.80        | 2,065.07  |
| 05/11 | CITY TAX          |          | 802.99        | 1,262.08  |
| 06/11 | FHA/RBP           | 467.88   | 131.80        | 1,598.16  |
| 06/11 | HAZARD INS        |          | 926.00        | 672.16 ** |
| 07/11 | FHA/RBP           | 467.88   | 131.80        | 1,008.24  |
| 08/11 | FHA/RBP           | 467.88   | 131.80        | 1,344.32  |
| 09/11 | FHA/RBP           | 467.88   | 131.80        | 1,680.40  |
| 09/11 | CITY TAX          |          | 750.49        | 929.91    |
| 10/11 | FHA/RBP           | 467.88   | 131.80        | 1,265.99  |
| 11/11 | FHA/RBP           | 467.88   | 131.80        | 1,602.07  |
| TOTAL |                   | 5,614.56 | 4,864.07      |           |

## Account History

This is a statement of actual escrow account activity from December 2010 through January 2012. Compare it to the Projected Activity from the Previous Analysis which appears above the Account History.

Your total mortgage payment during the past year was $2,430.57 of which $1,962.69 was your Principal and Interest payment and $467.88 was your escrow payment.

| Date  | Description       | Payments | Disbursements | Balance  |
|-------|-------------------|----------|---------------|----------|
|       | BEGINNING BALANCE |          |               | 844.12   |
| 12/10 |                   | 468.50   | *             | 1,312.62 |
| 12/10 | FHA/RBP           |          | 131.80 *      | 1,180.82 |
| 01/11 |                   | 468.50   | *             | 1,649.32 |
| 01/11 | FHA/RBP           |          | 131.80 *      | 1,517.52 |
| 02/11 |                   | 468.50   | *             | 1,986.02 |
| 02/11 | FHA/RBP           |          | 131.80 *      | 1,854.22 |
| 02/11 | CITY TAX          |          | 750.49 *      | 1,103.73 |
| 03/11 |                   | 468.50   | *             | 1,572.23 |
| 03/11 | FHA/RBP           |          | 131.80 *      | 1,440.43 |
| 04/11 |                   | 468.50   | *             | 1,908.93 |
| 04/11 | FHA/RBP           |          | 131.80 *      | 1,777.13 |
| 04/11 | CITY TAX          |          | 750.49 *      | 1,026.64 |
| 05/11 |                   | 468.50   | *             | 1,495.14 |
| 05/11 | FHA/RBP           |          | 131.80 *      | 1,363.34 |
| 06/11 |                   | 468.50   | *             | 1,831.84 |
| 06/11 | HAZARD INS        |          | 984.00 *      | 847.84   |
| 06/11 | FHA/RBP           |          | 131.80 *      | 716.04   |
| 07/11 | FHA/RBP           | 468.50   | 131.80        | 1,052.74 |
| 08/11 |                   | 468.50   | *             | 1,521.24 |
| 08/11 | FHA/RBP           |          | 129.83 *      | 1,391.41 |
| 08/11 | CITY TAX          |          | 729.49 *      | 661.92   |
| 09/11 |                   | 468.50   | *             | 1,130.42 |
| 09/11 | FHA/RBP           |          | 129.83 *      | 1,000.59 |
| 10/11 |                   | 468.50   | *             | 1,469.09 |
| 10/11 | FHA/RBP           |          | 129.83 *      | 1,339.26 |
| 11/11 |                   | 468.50   | *             | 1,807.76 |
| 11/11 | FHA/RBP           |          | 129.83 *      | 1,677.93 |
| 11/11 | CITY TAX          |          | 729.49 *      | 948.44   |

(Continued on the following page)



Loan Number:         9811
Statement Date:   12/05/11

69390-0000026-001-000-000-000-000

## Account History

(Continued)

| Date  | Description | Payments  | Disbursements | Balance  |
|-------|-------------|-----------|---------------|----------|
| 12/11 | FHA/RBP     | 467.88 e  | 131.80 *e     | 1,284.52 |
| 01/12 | FHA/RBP     | 467.88 e  | 131.80 *e     | 1,620.60 |
| TOTAL |             | 6,557.76  | 5,781.28      |          |

* Indicates a difference from projected activity either in the amount or the date.

** Required minimum escrow balance.

"e" Indicates estimates for future payments or disbursements.

If you have any questions about this analysis statement, please visit us at www.pnc.com/mortgage to send us an email, write to us at PNC Mortgage; Attention: Customer Service Research; B6-YM07-01-7, PO Box 1820; Dayton, OH 45401 or call our Customer Service Department toll free number 1-800-822-5626.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of January, 2012, a copy of the foregoing Notice of Mortgage Payment Change has been served upon the following parties in interest, via either electronic mail or first class mail postage prepaid:

**Steven George Bryan**
825 Stardale Drive
Chesapeake, VA 23322
CHESAPEAKE (CITY)-VA

**Steve C. Taylor**
Law Offices of Steve C. Taylor, P.C.
133 Mt. Pleasant Road
Chesapeake, VA 23322
757-482-5705
Fax : 757-546-9535
Email: bankruptcyattorney@call54legal.com

**R. Clinton Stackhouse, Jr.**
Chapter 12/13 Trustee
870 Greenbrier Circle, Suite 200
Chesapeake, VA 23320
(757) 333-4000

/s/ Heather Carson, Bankruptcy Specialist
PNC Mortgage
3232 Newmark Dr
Miamisburg OH 45342
(866) 754-0659
Fax: (937) 910-4905