May 3, 2013

**_Sent via Electronic Case Filing - Pacer_**
United States Bankruptcy Court
600 Granby Street
Norfolk, VA 23510

Re:   Our Client:   Bryan, Steven
      Case No.:    10-75458
      Chapter:     13

Dear Clerk:

Please note the following change of address for the above referenced debtor:

### NEW ADDRESS

764 Ridge Circle
Chesapeake, VA 23320

If you have any questions, please contact my office at (757) 482-5705.

Thanking you for your cooperation, I am

Very truly yours,

/s/ Steve C. Taylor
Steve C. Taylor, Esq.

Copy to:
Client
Office of the United States Trustee (electronically)
Case Standing/Interim Trustee (electronically & via US Mail)

---

**The Law Offices of Steve C. Taylor, P.C.**

www.call54legal.com
(757) 54-LEGAL

**CHESAPEAKE OFFICE**
133 MOUNT PLEASANT ROAD
CHESAPEAKE, VA 23322
PHONE (757) 482-5705
FACSIMILE (757) 546-9535

**NORFOLK OFFICE**
7508 GRANBY STREET
NORFOLK, VA 23505
PHONE (757) 588-5872
FACSIMILE (757) 588-5874

**PORTSMOUTH OFFICE**
5600 PORTSMOUTH BLVD., # 17
PORTSMOUTH, VA 23701
PHONE (757) 465-9534
FACSIMILE (757) 465-3748

**SUFFOLK OFFICE**
302 N. MAIN STREET
SUFFOLK, VA 23434
PHONE (757) 539-4114
FACSIMILE (757) 546-9535

**VIRGINIA BEACH OFFICE**
633 D. INDEPENDENCE BLVD.
VIRGINIA BEACH, VA 23462
PHONE (757) 473-9597
FACSIMILE (757) 473-3037